# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

FREDDIE DON HOWARD, JR.                                                                    PLAINTIFF

v.                                    Civil No. 4:18-cv-04097

COMMISSIONER, SOCIAL                                                                       DEFENDANT
SECURITY ADMINISTRATION

## ORDER

Plaintiff has submitted a Complaint for filing in this District, together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs for commencement of suit, and accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion For Leave to Proceed *in forma pauperis* is **GRANTED**. Additionally, the Court hereby directs that a copy of the Complaint filed herein, along with a copy of this Order, be served by the Plaintiff by certified Mail, return receipt requested, on the Defendant NANCY BERRYHILL, Commissioner, Social Security Administration, the U.S. Attorney General, and the Assistant U.S. Attorney, without prepayment of fees and costs or security therefore. The Defendant is Ordered to answer within sixty (60) days from the date of service.

**IT IS SO ORDERED** this 20th day of June 2018.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE